IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Mary Lansden Swafford, as trustee for the Mary Lansden Swafford GST Exemption Residuary Trust, on behalf of herself and all others similarly situated,<br><br>                      Plaintiff,<br><br>v.<br><br>Ovintiv Inc., and Ovintiv Mid-Continent Inc.,<br><br>                      Defendants. | Civil Action No. 21-CV-210-SPS |

**FINAL PLAN OF ALLOCATION AND DISTRIBUTION ORDER**

On February 2, 2022, Class Representative filed a Motion for Approval of Final Plan of Allocation and Entry of Distribution Order (Doc. 36, the "Motion"). Having held a Final Fairness Hearing in this Litigation on November 3, 2021, in which the Court fulfilled its duties to independently evaluate the fairness, reasonableness, and adequacy of the Settlement, and having thereafter finally approved the Settlement, and having thereafter entered the Initial Plan of Allocation Order to instruct the Parties and the Settlement Administrator on the manner in which the Net Settlement Fund shall be allocated and distributed to Class Members, the Court now enters this Final Plan of Allocation and Distribution Order.[1] Accordingly, the Court hereby orders that Class Counsel and the Settlement Administrator are to promptly carry out the terms of this Order for distribution of the Net Settlement Fund as follows:

---

[1] All capitalized terms not otherwise defined shall have the same meanings ascribed to them in the Settlement Agreement.

1.       The Court finds that Class Counsel and Class Representative have acted with reasonable diligence and in good faith to conform to the Settlement Agreement (Doc. 12-1) and the Initial Plan of Allocation Order (Doc. 35).

2.       The Court has reviewed Class Representative's Motion and finds that the proposed Final Plan of Allocation complies with the Settlement Agreement and Initial Plan of Allocation Order.

3.       The Net Settlement Fund shall be distributed to Class Members according to Final Plan of Allocation. The Escrow Agent shall transfer funds in the Escrow Account to the Settlement Administrator for further administration and distribution under this Final Plan of Allocation and Distribution Order and the terms of the Settlement Agreement. If payment cannot be made to 100% of the Class Members, Residual Unclaimed Funds will be handled as set forth in the Orders and Settlement Agreement, subject to the Court's approval.

IT IS SO ORDERED this 7th day of February, 2022.

_____
STEVEN P. SHREDER
U.S. MAGISTRATE JUDGE